| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Vance, Sarah S | 2. Court or Organization United States District Court | 3. Date of Report 7/1/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) United States District Judge | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 500 Poydras Street Room C-255 New Orleans, Louisiana 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 JUL -6 A 11: 19 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | Jones, Walker, Waechter, Poitevent, Carrere & Denegre - income from law practice |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Bar Association | January 17-19, 2004; Attended the Midwinter Leadership Conference; Kauai, Hawaii; Travel, lodging, meals |
| 2. | American Law Institute | February 6-8-2004; Attended the International Jurisdiction & Judgments Joint Meeting; Philadelphia, Pennsylvania; Travel, lodging, meals |
| 3. | Practising Law Institute | March 14-15, 2004; Speaker, International Business Litigation and Arbitration; New York, New York; Travel, lodging, meals |
| 4. | American Bar Association | March 30 - April 1,2004; Speaker, Annual Spring Meeting (American Bar Association Antitrust Section); Washington, DC; Travel, lodging, meals |
| 5. | Tulane Law School | July 3 - July 18, 2004; Adjunct Professor, Comparative Civil Procedure; Cambridge, England; Travel, lodging, meals |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S | 7/1/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. a. Citibank | Revolving Credit | K |
| 2. b. Bank One | Revolving Credit | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S | 7/1/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.        see attached spreadsheets | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2.501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Vance, Sarah S | Date of Report<br><br>7/1/2005 |
|---|---|---|

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date __7/1/05_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

## VII. INVESTMENTS and TRUSTS (Continued)

| A. | B. Income | | C. Gross Value | | D. Transactions During Reporting Period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2)<br>Value | (1) | (2) | (3) | (4) | (5) |
| Description of Assets | Amt. Code | Type | Value<br>Code | Method<br>Code | Type | Date | Value<br>Code | Gain<br>Code | Identity of<br>buyer/seller |
| **IRA #1, Merrill Lynch New Orleans, Louisiana as follows:** | | | | | | | | | |
| a. Merrill Lunch Retirement Reserves | A | Dividend | J | T | | | | | |
| b. Lord Abbett Global FD | A | Dividend | J | T | | | | | |
| c. Putnam International Growth FD CL B | A | Dividend | J | T | | | | | |
| d. Alliance Premier Growth Fund Class B | | | | | Sale | 1/16 | J | A | n/a |
| e. Davis NY Ventures FD B | A | Dividend | J | T | | | | | |
| f. Nations Marsico | A | Dividend | J | T | Purchase | 1/16 | J | | n/a |
| **IRA #2, Rollover Merrill Lynch as follows:** | | | | | | | | | |
| a. Merrill Lynch Retirement Reserves | A | Dividend | J | T | | | | | |
| b. Alliance Premier Growth Fund Inc. Class B | | | | | Sale | 1/16 | J | A | n/a |
| Lord Abbett Developing Growth<br>c. FD CL B | A | Dividend | J | T | | | | | |
| d. Putnam Health Sciences Trust Class B | A | Dividend | K | T | | | | | |
| e. Putnam International Growth FD CL B | A | Dividend | L | T | | | | | |
| f. Seligman Commun. & Info. FD CL B | A | Dividend | K | T | | | | | |
| g. ML Focus Twenty Fund CL B | A | Dividend | J | T | | | | | |
| h. ML Fundamental Growth B | A | Dividend | K | T | Purchase | 1/16 | J | | n/a |
| Oppenheimer Global Growth & Income FD<br>i. CL B | A | Dividend | K | T | | | | | |

## VII. INVESTMENTS and TRUSTS (Continued)

| A. | B. Income | | C. Gross Value | | D. Transactions During Reporting Period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) Value | (1) | (2) | (3) | (4) | (5) |
| Description of Assets | Amt. Code | Type | Value Code | Method Code | Type | Date | Value Code | Gain Code | Identity of buyer/seller |
| IRA #2, Rollover Merrill Lynch as follows: (continued) | | | | | | | | | |
| j. John Hancock Large Cap | | | | | Sale | 1/16 | K | A | n/a |
| k. John Hancock Small Cap | | | | | Sale | 1/16 | K | A | n/a |
| l. ING International Small Cap Growth Fund B | A | Dividend | J | T | | | | | |
| m. Davis NY Venture FD B | A | Dividend | L | T | Purchase | 1/16 | K | | n/a |
| n. Mass Investors Growth Stock Fund Class B | A | Dividend | J | T | | | | | |
| o. ML Small Cap Value Fund CL B | A | Dividend | K | T | Purchase | 1/16 | K | | n/a |
| IRA #3, Merrill Lynch, New Orleans, Louisiana as follows: | | | | | | | | | |
| a. Merrill Lunch Retirement Reserves | A | Dividend | J | T | | | | | |
| Lord Abbett Developing Growth b. FD CL B | A | Dividend | J | T | | | | | |
| c. Alliance Premier Growth Fund Inc. Class B | | | | | Sale | 1/16 | J | A | n/a |
| d. Davis NY Venture FD B | A | Dividend | J | T | | | | | |
| e. Putnam International Growth FD CL B | A | Dividend | J | T | | | | | |
| f. Nations Marsico | A | Dividend | J | T | Purchase | 1/16/04 | J | | n/a |

## VII. INVESTMENTS and TRUSTS (Continued)

| A. | B. Income | | C. Gross Value | | D. Transactions During Reporting Period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) Value Method Code | (1) | (2) | (3) Value Code | (4) Gain Code | (5) Identity of buyer/seller |
| Description of Assets | Amt. Code | Type | Value Code | | Type | Date | | | |
| Profit Sharing Retirement Plan - Fidelity Investments, as follows: | | | | | | | | | |
| a. Low Price Stock Fund | D | Dividend | M | T | Sale | 1/15 | L | D | n/a |
| b. Growth & Income Fund | C | Dividend | M | T | Buy | 1/15 | k | | n/a |
| c. Growth Co. Fund | A | Dividend | M | T | | | | | |
| d. Magellan Fund | A | Dividend | J | T | Sale | 9/15 | M | | n/a |
| | | | | | Buy | 1/15 | M | | n/a |
| e. Ret Gov't (Money Market Fund) | A | Dividend | K | T | partial sell | 1/15 | L | | n/a |
| f. Spartan U.S. equity index | B | Dividend | M | T | Sale | 1/15 | L | A | n/a |
| | | | | | Buy | 9/15 | M | | n/a |
| g. MSIFT - value adviser | B | Dividend | N | T | Sale | 9/15 | N | D | n/a |
| h. Janus Worldwide | | Dividend | J | T | Sale | 1/15 | M | A | n/a |
| i. Invesco Small Growth | | Dividend | J | T | Sale | 1/15 | L | A | n/a |
| j. Oakmark Int Fund | C | Dividend | M | T | Buy | 9/15 | M | | n/a |
| k. Clipper Fund | D | Dividend | N | T | Buy | 9/15 | N | | n/a |
| l. Fidelity Overseas | A | Dividend | J | T | Buy | 1/15 | M | | n/a |
| | | | | | Sale | 9/15 | M | A | n/a |

-3-

## VII. INVESTMENTS and TRUSTS (Continued)

| A. Description of Assets | B. Income (1) Amt. Code | B. Income (2) Type | C. Gross Value (1) Value Code | C. Gross Value (2) Value Method Code | D. Transactions During Reporting Period (1) Type | D. Transactions During Reporting Period (2) Date | D. Transactions During Reporting Period (3) Value Code | D. Transactions During Reporting Period (4) Gain Code | D. Transactions During Reporting Period (5) Identity of buyer/seller |
|---|---|---|---|---|---|---|---|---|---|
| Cash Management Account, Merrill Lynch, New Orleans, Louisiana, as follows: | | | | | | | | | |
| a. Cash/CMA Money Fund | A | Dividend | J | T | | | | | |
| b. Hibernia Corporation Common (J) (Gift from parents) | B | Dividend | L | T | Sale | 4/20 | J | A | n/a |
| Child's Trust, Merrill Lynch, New Orleans, Louisiana, as follows: | | | | | | | | | |
| a. Cash/CMA Money Fund | A | Interest | J | T | Sales | Various | J | A | n/a |
| b. Lord Abbett Developing Growth FD CL B | A | Dividend | J | T | Partial Sale | 12/21 | J | A | n/a |
| c. Putnam International Growth FD CL B | A | Dividend | K | T | | | | | |
| d. Alliance Premier Growth Fund Inc. Class B | | | | | Sale | 1/16 | J | A | n/a |
| e. Davis NY Venture FD B | A | Dividend | K | T | Partial Sale | 12/21 | J | A | n/a |
| f. John Hancock Small Cap/Growth Fund CL B | | | | | Sale | 1/16 | J | A | n/a |
| g. ML Global Growth CL B | A | Dividend | J | T | Partial Sale | 9/1 | J | A | n/a |
| h. ML Small Cap Value Fund CL B | A | Dividend | J | T | Purchase | 1/16 | J | | n/a |
| i. Nations Marsico | A | Dividend | J | T | Purchase | 1/16 | J | | n/a |

**VII. INVESTMENTS and TRUSTS (Continued)**

| A. | B. Income | | C. Gross Value | | D. Transactions During Reporting Period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) Value Code | (2) Value Method Code | (1) | (2) | (3) Value Code | (4) Gain Code | (5) Identity of buyer/seller |
| Description of Assets | Amt. Code | Type | | | Type | Date | | | |
| Life Insurance - Mass Mutual | | | | | | | | | |
| a. MML Equity Index. | A | Dividend | J | T | | | | | |
| b. Oppenheimer Aggressive Growth | A | Dividend | J | T | | | | | |
| c. Oppenheimer Capital Appreciation | A | Dividend | J | T | | | | | |
| d. Oppenheimer Global Securities | A | Dividend | J | T | | | | | |
| e. Oppenheimer Growth & Income | A | Dividend | J | T | | | | | |
| f. Panorama Growth Division | A | Dividend | J | T | | | | | |
| Checking and Money Market Accounts, Bank One, New Orleans, Louisiana | A | Interest | K | T | | | | | |
| Bank One Securities Corporation | | | | | | | | | |
| a. Daily Tax Exempt Money FD SH Ben Int | A | Dividend | J | T | | | | | |